FRANK NEBORSKY, PLAINTIFF-PETITIONER, v. COUNTY OF MERCER, ET AL., DEFENDANTS-RESPONDENTS.

*Mr. George Warren* for the petitioner.

*Mr. Kenneth J. Dawes* for the respondent.

March 23, 1953.  Denied.

MICHAEL LANDOLFI, PLAINTIFF-RESPONDENT, v. BENJAMIN STERN, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 23 *N. J. Super.* 584.

*Mr. James J. Carroll* and *Mr. Frank Fink* for the petitioners.

*Mr. Louis Steisel* and *Mr. Aaron Gordon* for the respondents.

March 23, 1953.  Denied.